**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**
*Filed Electronically*

| | | |
|---|---|---|
| AARON BLOOM | ) | |
| | ) | |
| Plaintiff | ) | Case No. 5:16-cv-00321-KKC |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY | ) | |
| ASSOCIATES, LLC | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

Please take notice that Plaintiff Aaron Bloom has resolved this dispute with Defendant Portfolio Recovery Associates, LLC. Plaintiff and Defendant anticipate filing a Motion for Entry of an Agreed Order of Dismissal with Prejudice within thirty to forty-five days.

Respectfully submitted this 14th day of November, 2016.

Respectfully submitted,

/s/ R. Brooks Herrick
Joseph N. Tucker
R. Brooks Herrick
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 581-2360
(502) 581-8111 (Fax)
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Portfolio Recovery Associates, LLC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been filed this 14th day of November, 2016, using the Court's ECF system to the following.

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, Kentucky 40207
james@kyconsumerlaw.com

                                            /s/ R. Brooks Herrick
                                            *Counsel for Portfolio Recovery Associates, LLC*

10809750v1